■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN RAMERO, Appellant. [805 NYS2d 338]—

Judgment, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered September 18, 2003, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the fourth degree, and sentencing him, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490 [1987]). There is no basis for disturbing the jury's determinations concerning identification and credibility. The discrepancies between defendant's actual appearance and the description furnished by one of the

undercover officers who identified him at trial do not warrant a different conclusion. The evidence included reliable identifications by two officers, and a verbal exchange with defendant on the day of his arrest, which the jury could have properly found incriminating. Concur—Mazzarelli, J.P., Marlow, Williams, Sweeny and Catterson, JJ.